IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL R. DELARM,

    Petitioner,                    No. CIV-S-11-0750 CKD P

    vs.

M.D. MCDONALD,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner is a California prisoner proceeding without counsel with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On May 31, 2011, petitioner filed a "motion for judicial notice." The only matter pending before the court is a motion to dismiss this action as time-barred filed by respondent on July 28, 2011. Petitioner's request for judicial notice does not concern issues raised in the motion to dismiss and there does not appear to be any reason for the court to judicially notice any of the material or facts identified in petitioner's motion. Therefore, IT IS HEREBY ORDERED that petitioner's May 31, 2011 "motion for judicial notice" is denied.

Dated: August 7, 2011

                                                        _____
                                                        CAROLYN K. DELANEY
                                                        UNITED STATES MAGISTRATE JUDGE