IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL R. DELARM,

    Petitioner,                  No. CIV-S-11-0750 CKD P

    vs.

M.D. MCDONALD,

    Respondent.                ORDER

_____/

        Petitioner is a California prisoner proceeding without counsel with a petition for writ of habeas corpus under 28 U.S.C. § 2254. Respondent's motion to dismiss this action as time-barred is pending. In light of petitioner's argument that the court should excuse his filing late under the "actual innocence" exception, see Lee v. Lampert, No. 09-35276, 2011 WL 3275947, at *6 (9th Cir. Aug. 2, 2011), the court must review the record of petitioner's trial.

/////

/////

/////

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that respondent lodge the record of petitioner's trial in San Joaquin County Court Case No. SFO97878B within twenty-one days. See Rule 5, Fed. R. Governing § 2254 Cases.

Dated: October 7, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
dela0750.trn