IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL R. DELARM,

      Petitioner,               No. CIV-S-11-0750 CKD P

    vs.

M.D. MCDONALD,

      Respondent.        ORDER

_____/

        On May 21, 2012, petitioner filed a document tiled "motion to compel production of documents." This habeas action was dismissed on December 1, 2011. Accordingly, petitioner's "motion to compel . . ." is denied and, generally speaking, no orders will issue in response to future filings.

 Dated: May 23, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dela0750.158