UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. DELARM, | No.  2:11-cv-0750 CKD P |
| Petitioner, | |
| v. | ORDER |
| M. D. MCDONALD, | |
| Respondent. | |

On June 12, 2014, petitioner filed a document the court construes as a motion for reconsideration of this court's December 1, 2011 order dismissing this action as time-barred.  A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law."  Id. at 1263.

Petitioner does not present newly discovered evidence suggesting this matter should not be dismissed.  Furthermore, the court finds that, after a de novo review of this case, the December 1, 2011 order dismissing this case is neither manifestly unjust nor clearly erroneous.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED[1] that petitioner's June 12, 2014 motion for reconsideration (ECF No. 56) is denied.

Dated: September 16, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dela0750.mfr

---

[1] The parties have consented to have all matters in this action before a United States magistrate judge. See 28 U.S.C. § 636(c).