UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. DELARM, | No.  2:11-cv-0750 CKD P |
| Petitioner, | |
| v. | ORDER |
| M. D. MCDONALD, | |
| Respondent. | |

On October 14, 2014, petitioner filed a document the court construes as a second motion for reconsideration of this court's December 1, 2011 order dismissing this action as time-barred. For the reasons stated in the court's September 16, 2014 order regarding petitioner's first motion for reconsideration, the October 14, 2014 motion (ECF No. 60) is denied as well.  The court will not respond to any future filings by petitioner in this case unless there is a compelling reason to do so.

Dated:  October 17, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dela0750.mfr