UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. DELARM, | No. 2:11-cv-0750 CKD P |
| Petitioner, | |
| v. | <u>ORDER</u>[1] |
| M. D. MCDONALD, | |
| Respondent. | |

On January 14, 2015, the Ninth Circuit remanded this action to this court for the granting or denial of a certificate of appealability, pursuant to 28 U.S.C. § 2253(c), with respect to this court's October 17, 2014 denial of petitioner's October 14, 2014 motion for reconsideration. Because petitioner fails to point to any valid reason why this court should reconsider dismissal of this action as time-barred (<u>see</u> ECF Nos. 58 & 61) and jurists of reason would not find it

/////

/////

/////

/////

/////

---

[1] The parties have consented to have all matters in this action heard by a United States Magistrate Judge. <u>See</u> 28 U.S.C. § 636(c).

1 debatable whether he has, <u>see</u> <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000) a certificate of appealability is denied.

Dated: January 20, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dela0750.ca

2